KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
BARBARA J. SEIDMAN, State Bar No. 137638
Supervising Deputy Attorney General
SHANNA THOMAS, State Bar No. 229249
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-5318
  Fax: (916) 324-5567
  E-mail: Shanna.Thomas@doj.ca.gov
*Attorneys for Defendants*
*California Department of Corrections and*
*Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON T. STANLEY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. Unassigned<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**<br><br>Fresno County Superior Court Case No: 10CECG04487DSB<br><br>Action Filed: December 28, 2010 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant, State of California, Department of Corrections and Rehabilitation hereby removes to this Court the state court action described below.

1. On December 28, 2010, an action was commenced in the Superior Court of the State of California in and for the County of Fresno entitled Solomon T. Stanely v. State of California, California Department of Corrections and Rehabilitation, attached hereto as Exhibit A.

2. The first date upon which Defendant was served with the complaint was on May 20, 2011. A copy of the summons is attached hereto as Exhibit B.

3. Defendant filed an answer to Plaintiff's complaint on June 8, 2011. A copy of the Answer is attached hereto as Exhibit C.

- 3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. section 1441(b) in that it arises under 42 U.S.C. section 2000 et seq.

4. Defendants the State of California and the California Department of Corrections and Rehabilitation, the only Defendants served with this process, hereby join in this Notice of Removal.

Dated: June 10, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
BARBARA J. SEIDMAN
Supervising Deputy Attorney General

*[signature: Shanna Thomas]*

SHANNA THOMAS
Deputy Attorney General
*Attorneys for Defendants*
*California Department of Corrections and Rehabilitation*

SA2011101453
10711254.doc