KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
WILLIAM H. LITTLEWOOD, State Bar No. 202877
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1626
 Fax:  (559) 445-5106
 E-mail:  William.Littlewood@doj.ca.gov
*Attorneys for Defendant CDCR*

Larry H. Shapazian, State Bar No. 120197
TOMASSIAN, PIMENTEL & SHAPAZIAN
A PROFESSIONAL LAW PARTNERSHIP
 3419 W. Shaw Avenue
 Fresno, CA 93711
 Telephone: (559) 277-7300
 Fax: (559) 277-7350
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SOLOMON T. STANLEY,** | 1:11-cv-00981-LJO -GSA |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| v. | |
| **STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; and DOES 1 through 100, inclusive,** | No Hearing Requested |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff SOLOMON T. STANLEY and Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (collectively, "Parties"), by and through their counsel of record, jointly request that the Court modify the Scheduling Order (Document 9) to allow the parties sufficient additional time to complete both non-expert and expert discovery.

The Parties hereby stipulate as follows:

1. The parties have attempted to comply with the Court's original Scheduling Order. Despite those efforts, the Parties cannot reasonably complete non-expert and expert discovery within the current case schedule. The Parties therefore request that the Court modify the non-expert and expert discovery cutoffs by two months (as specifically set forth below), leaving in tact all remaining case dates including the filing of pretrial motions, pretrial conference and trial.

2. The Parties represent that their inability to comply with the current case discovery schedule was not foreseeable. Their inability is largely the result of deposition scheduling difficulties presented by deponents (both parties and third parties) and counsel for the parties being unavailable due to summer vacations, rendering it impossible for the parties to schedule and complete non-expert depositions before the current non-expert discovery cut off of August 24, 2012.

3. In addition, Deputy Attorney General William H. Littlewood is currently transitioning this matter to another attorney within the Attorney General's Office, Connie R. Broussard, in light of his impending departure from Attorney General's Office. The parties agree that additional good cause exists for the request brief extension of the non-expert and expert discovery cut-offs to allow Ms. Broussard the opportunity to get up to speed with the instant case in order to take over as attorney of record for the California Department of Corrections and Rehabilitation.

4. This is the Parties' first request to modify the Scheduling Order in this case.

5. The Parties therefore agree that there is good cause to extend the deadlines in this case as follows, with the trial date, pretrial conference date and pretrial motion filing deadline remaining the same:

| Event | Original Date | Requested Date |
|---|---|---|
| Non-Expert Discovery Cutoff | August 24, 2012 | October 24, 2012 |
| Expert Disclosure | August 31, 2012 | October 31, 2012 |
| Supplemental Expert Disclosure | September 14, 2012 | November 14, 2012 |
| Expert Discovery Cutoff | October 12, 2012 | December 12, 2012 |

SO STIPULATED.

Dated:  July 31, 2012                          Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SCOTT H. WYCKOFF
Supervising Deputy Attorney General

/s/ William H. Littlewood

WILLIAM H. LITTLEWOOD
Deputy Attorney General
*Attorneys for Defendant CDCR*

Dated:  July 31, 2012                          Respectfully submitted,

Tomassian, Pimentel & Shapazian

/s/ Larry H. Shapazian

LARRY H. SHAPAZIAN
*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated:  **August 6, 2012**                          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

3