**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLOMON T. STANLEY, | CASE NO. 11-cv-00981-LJO-GSA |
| Plaintiff, | **SCHEDULING ORDER** |
| vs. | |
| STATE OF CALIFORNIA, et al. | |
| Defendants. | |

Due to an impacted trial calendar, this Court VACATES the March 26, 2013 trial date and resets the trial for December 3, 2013. A pretrial conference is set for October 24, 2013 at 8:15 a.m. The parties' joint pretrial statement is due no later October 17, 2013.

No later than March 5, 2013, the parties shall file papers to indicate whether they consent to the conduct of all further proceedings by a U.S. Magistrate Judge. Once the parties decide the consent issue, a settlement conference will be scheduled shortly thereafter.

IT IS SO ORDERED.

**Dated:   February 5, 2013**          /s/  Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1