1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SOLOMON STANLEY,

                Plaintiff,

     vs.

STATE OF CALIFORNIA, et al.,

                Defendants.

_____/

CASE NO. CV F 11-0981 LJO GSA

**ORDER TO RESET TRIAL**
(Doc. 32.)

     After consultation with counsel on the record and based on good cause, this Court:

     1.     VACATES the December 3, 2013 trial and RESETS trial for August 12, 2014 at 8:30 a.m. in Courtroom 4 (LJO);

     2.     ORDERS plaintiff, no later than January 31, 2014, to file and serve papers to indicate whether plaintiff dismisses his Title VII claims and whether plaintiff consents to the conduct of further proceedings by a U.S. Magistrate Judge;

     3.     RESETS the pretrial conference for April 10, 2014 at 8:15 a.m. in Courtroom 4 (LJO); and

     4.     ORDERS the parties, no later than April 3, 2014, to file papers to supplement, as necessary, their October 17, 2013 joint pretrial statement.

     If plaintiff consents to U.S. Magistrate Judge jurisdiction, this action will be reassigned

1  to  U.S. Magistrate Judge who will reset pretrial conference and trial dates as necessary.

2

3  IT IS SO ORDERED.

4     Dated:   **October 24, 2013**        **/s/ Lawrence J. O'Neill**

5                                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28