UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON STANLEY, | CASE NO. CV F 11-0981 LJO GSA |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED** |
| vs. | (Doc. 34.) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| _____/ | |

This Court's October 24, 2013 order ("October 24 order") required plaintiff, no later than January 31, 2014, to file and serve papers to indicate whether plaintiff dismisses his Title VII claims and whether plaintiff consents to the conduct of further proceedings by a U.S. Magistrate Judge. Plaintiff has disobeyed the October 24 order and has failed to file required papers.

This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS plaintiff, no later than February 19, 2014, to file papers to show cause why sanctions should not be imposed for failure to file and serve required papers and for disobedience of the October 24 order. As a sanction, this Court contemplates to dismiss this action and/or to impose a $750 sanction on plaintiff and/or his counsel. This order

1

to show cause will be deemed discharged, if no later than February 19, 2014, papers are filed to dismiss or conclude this action in its entirety.

     This Court ADMONISHES the parties and counsel that they must observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **February 11, 2014**        **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE