UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON T. STANLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00981 JLT<br><br>ORDER TO COUNSEL TO SHOW CAUSE WHY TRIAL IN THIS MATTER SHOULD NOT BE ADVANCED TO JUNE 9, 2014 |

　　　This matter has been pending in this court since June 13, 2011. (Doc. 1) Recently, this matter was reassigned from the District Judge such that an earlier trial date is now possible. Since October 2013, very little has occurred that could advance the progress of this case. Therefore, within 10 days, counsel SHALL show cause in writing why trial in this matter should not be advanced to June 9, 2014. In their responses, if either counsel disagree that June 9, 2014 is an acceptable date, they SHALL state their reasons why and SHALL identify which of either May 12 or May 21 is their preferred trial date.

IT IS SO ORDERED.

Dated:　**February 24, 2014**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1