UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON T. STANLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00981 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 42) |

   This matter has been pending in this court since June 13, 2011. (Doc. 1) On February 24, 2014, the Court ordered counsel to show cause why the trial should not be advanced. (Doc. 42) Though counsel for Defendants agreed to advance the trial to May 2014, Plaintiff's counsel has set forth a myriad of calendar conflicts which preclude an earlier trial date. (Doc. 44)

   Thus, despite Plaintiff's recent public statements blaming Defendants for improper delay of the trial and despite that the Court and Defendants stand ready to try this case sooner, the calendar of Plaintiff's attorney prevent this. Thus, the order to show cause is **DISCHARGED** and the matter remains set for trial on August 12, 2014.

IT IS SO ORDERED.

   Dated:   **March 6, 2014**            /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE

1