UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON T. STANLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00981 JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE PRETRIAL CONFERENCE<br><br>(Doc. 49) |

Before the Court is the stipulation of the parties to continue the pretrial conference. (Doc. 49) Counsel report that there is a settlement conference to be held in the state case on April 10, 2014 and the parties intend that not only will that case be discussed but also this case. Id. at 1-2. Apparently, they are hopeful that both matters will be settled and seek to avoid expending resources while settlement remains a possibility. Thus, good cause shown, the pretrial conference is **ORDERED** to be continued to May 15, 2014 at 9:15 a.m. Telephonic appearances via Courtcall are authorized.[1]

IT IS SO ORDERED.

Dated:   **April 3, 2014**              **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Otherwise counsel may appear in person at the United States Courthouse located at 510 19th Street, Bakersfield, CA. For clarification, this location is not the "Bakersfield location of the United States Bankruptcy Court, Eastern District of California" but is, instead, the Bakersfield location of the United States District Court.