Larry H. Shapazian - SBN#120197

TOMASSIAN, PIMENTEL & SHAPAZIAN
A PROFESSIONAL LAW PARTNERSHIP
3419 W. Shaw Avenue
Fresno, California 93711
(559) 277-7300 ● FAX (559) 277-7350

Attorneys for Plaintiff SOLOMON T. STANLEY, an individual

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SOLOMON T. STANLEY, an individual | Case No.   11-cv-981 JLT |
| Plaintiff, | **PLAINTIFF SOLOMON T. STANLEY'S NOTICE OF SETTLEMENT** |
| v. | |
| STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; and DOES 1 through 100, inclusive, | Trial Date:   August 12, 2014 |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT plaintiff SOLOMON T. STANLEY and defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION have reached a settlement in the above entitled matter on April 14, 2014.

Here, defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION has informed plaintiff SOLOMON T. STANLEY that it may take up to one hundred and eighty (180) days to pay the settlement amount ($45,000.00) to plaintiff SOLOMON T. STANLEY.

///

Plaintiff SOLOMON T. STANLEY will be providing defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S counsel with a signed "Stipulation of Dismissal" of the entire action, which counsel for defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION will hold and will not file until after plaintiff SOLOMON T. STANLEY is paid the $45,000.00 settlement amount.

DATED: April 16, 2014     TOMASSIAN, PIMENTEL & SHAPAZIAN

By: /s/ Larry H. Shapazian
LARRY H. SHAPAZIAN
*Attorneys for Plaintiff SOLOMON T. STANLEY, an individual*