# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON T. STANLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00981 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 51) |

　　　　On April 16, 2014, Plaintiff notified the Court he had reached a settlement with Defendants. (Doc. 51) Plaintiff indicated he will execute the request for dismissal and provide it to Defendants who will file it once the settlement amount has been paid. Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

　　　　1.　　The request for dismissal **SHALL** be filed, and the settlement funds paid, no later than **July 18, 2014**;

　　　　2.　　All pending dates, motions, conferences and hearings are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

　　Dated:　**April 17, 2014**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE