# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON T. STANLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00981 JLT<br><br>ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE THE REQUEST FOR DISMISSAL<br><br>(Docs. 52, 53) |

Before the Court is the stipulation of the parties seeking an extension of time within which they will file the request for dismissal in this matter. (Docs. 52, 53) They report that the settlement check has not yet been issued by the State Controller but provide no guidance as to when this will occur. Id. They explain only that "state procedures" have been the impediment. Id. at 2. Notably, the Court had granted three months for the dismissal to be filed when it issued its order after notice of settlement which is an inordinate amount of time. (Doc. 52) Nevertheless, the court is aware that often Deputies Attorney General have reported that it takes six months to process a settlement check though the exact reason why the State Controller cannot process a payment more expeditiously has yet to be explained.

In any event, the Court will **GRANT** the stipulation as follows:

1. No later than October 17, 2014, the request for dismissal SHALL be filed.

1

1 **No further extensions of time will be granted absent a showing of exceptional good cause. Failure**
2 **to comply with this order may be grounds for the imposition of sanctions on counsel or the**
3 **parties who contributed to violation of this order. See Local Rules 110, 160.**

5 IT IS SO ORDERED.

6     Dated: **July 21, 2014**            **/s/ Jennifer L. Thurston**
7                                                      UNITED STATES MAGISTRATE JUDGE